# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

DEMITRA SMITH-DUKES,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

CASE NO. 2:18-CV-01184-JCC-JRC

ORDER TO PROVIDE SUMMONS

This matter has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1) and Local Magistrate Judge Rule MJR 4(a)(4), and as authorized by *Mathews, Secretary of H.E.W. v. Weber*, 423 U.S. 261, 271-72 (1976).

Plaintiff filed a Motion to Proceed *in forma pauperis* on August 13, 2018. *See* Dkt. 1. The Court issued an Order granting plaintiff's motion on August 15, 2018 (*see* Dkt. 5) and the Complaint was filed on the same date. Dkt. 6. Plaintiff did not provide Summons with their initial filing. *See* Dkt.

In this Court's Order granting plaintiff *in forma pauperis*, the Clerk of Court was instructed to issue summons as provided by plaintiff. Because plaintiff had not provided summons with her filing, no summons were issued. The plaintiff was informed that "**It is the responsibility of plaintiff and plaintiff's attorney to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure."** *See* Dkt. 2. On August 30, 2018, the court entered the following reminder to plaintiff:

> **SUBMITTING SUMMONS(ES):** Summons(es) were not filed with your Complaint and as such, remain unissued. Requests for issuance of summons(es) not included as part of the initial case opening process, are to be submitted via CM/ECF using the event Praecipe For A Summons under Other Documents. Each completed summons(es) should be attached individually under this one event. Thank you.

Plaintiff is ordered to provide summonses to the court to be issued by the clerk by **October 5, 2018**.

…

Dated this 21st day of September, 2018.

J. Richard Creatura
United States Magistrate Judge